DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 "I" Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Petitioner
BENNIE MOSSES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNIE MOSSES, | No. CIV S-05-2166 MCE PAN |
| Petitioner, | |
| v. | ORDER |
| TOM L. CAREY, Warden, | |
| Respondent. | |

Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that Jennifer M. Sheetz shall be substituted in as counsel for Petitioner in place of the Office of the Federal Defender for the Eastern District of California.

Dated: June 8, 2006.

UNITED STATES MAGISTRATE JUDGE

001; moss2166.sub