IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BENNIE MOSES,

     Petitioner,                        No. CIV S-05-2166 MCE PAN P

    vs.

TOM L. CAREY,

     Respondent.                   ORDER

_____/

        Petitioner is a state prisoner proceeding through counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 15, 2006, respondent filed a motion to stay this action pending the decision in Sass v. California Board of Prison Terms, Ninth Circuit Case No. 05-16455. The Sass case is under submission in the United States Court of Appeals for the Ninth Circuit following oral argument on March 16, 2006.

        Good cause appearing, respondent's motion for stay will be granted pending Sass.

        1. Respondent's March 15, 2006 motion to stay is granted.

        2. Within thirty days from the date of a decision by the United States Court of Appeals for the Ninth Circuit in Sass v. California Board of Prison Terms, 376 F.Supp.2d 975 (E.D.Cal. 2005) respondent shall file, as appropriate, either a renewed motion to dismiss or an answer to the petition.

1

3.  If respondent files an answer, respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the application, see Rule 5, Rules Governing Section 2254 Cases, and petitioner's traverse, if any, shall be filed and served within thirty days after service of the answer.

4.  If respondent files a renewed motion to dismiss, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days thereafter.

DATED: July 31, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/001; mose2166.stay