IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BENNIE MOSES,                                   No. 2:05-cv-2166-MCE-PAN-P

    Petitioner,

  v.                                            ORDER

THOMAS CAREY, Warden,

    Respondent.

_____/

On August 14, 2006, petitioner filed a request for reconsideration of the magistrate judge's order filed August 2, 2006, staying this action pending the appellate court's decision in Sass v. California Board of Prison Terms, No. 05-16455.  Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

///

///

///

///

1     Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the
2 magistrate judge filed August 2, 2006, is affirmed.
3 DATED:  August 24, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE