IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BENNIE MOSES,

    Petitioner,                    No. CIV S-05-2166 MCE EFB P

    vs.

TOM L. CAREY, et al.,

    Respondents.             <u>ORDER</u>

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On August 2, 2006, the court stayed this action pending the Ninth Circuit's decision in *Sass v. California Board of Prison Terms*, No. 05-16455, and gave respondents 30 days from the date the appellate court's decision in *Sass* to file and serve a response to the petition. On August 31, 2006, the court issued its decision. *See Sass v. California Bd. Of Prison Terms*, ___ F.3d ___, 2006 WL 2506393 (9th Cir. August 31, 2006). Respondents seek a 60-day extension of time to file and serve a response to the petition. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that respondents' September 29, 2006, request is granted and respondents have 60 days from the date this order is served to file and serve a

////

////

1  response to the petition. The court anticipates that this time will suffice and that no further
2  extensions will be granted.
3  Dated: October 5, 2006.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE