IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BENNIE MOSES,

     Petitioner,              No. 2:05-cv-2166 MCE KJN P

    vs.

TOM CAREY,

     Respondent.         ORDER

_____/

        Petitioner is a state prisoner proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On June 17, 2010, petitioner filed an unopposed motion to voluntarily dismiss this action.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed.  Fed. R. Civ. P. 41(a); see also Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254.

DATED:  June 23, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

mos2166.dis

1